PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAFAEL GONZALEZ, <br><br> Defendant. | CASE NO. 1:22-cr-00195-DAD-BAM <br><br> ORDER UNSEALING REDACTED INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted indictment in the above-captioned matter is hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __July 14, 2022__      _____
                              UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS