UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:22-CR-00195-DAD-BAM |
| | ) |
| Plaintiff, | ) **UNSEALING ORDER** |
| v. | ) |
| | ) |
| RAFAEL GONZALEZ, | ) |
| MELISSA ARAUJO, | ) |
| Defendants. | ) |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **July 21, 2022**          _/s/ Barbara A. McAuliffe_
                              UNITED STATES MAGISTRATE JUDGE