PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RAFAEL GONZALEZ,<br><br>                              Defendant. | CASE NO.  1:22-CR-00195-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: 7/26/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on 7/26/2023.

2.    By this stipulation, defendant now moves to continue the status conference until 10/25/2023, and to exclude time between 7/26/2023, and 10/25/2023, under 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, video, audio recordings, cell phone extractions, and other voluminous materials.  This discovery has been either produced directly to counsel, made available for inspection and copying, or is being processed for

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1   supplemental discovery.

2        b)     Counsel for defendant desire additional time to consult with his client, review the

3   voluminous discovery, conduct independent investigation, and pursue a potential pretrial

4   resolution of the case.

5        c)     Counsel for defendants believe that failure to grant the above-requested

6   continuance would deny him/her the reasonable time necessary for effective preparation, taking

7   into account the exercise of due diligence.

8        d)     The government does not object to the continuance.

9        e)     Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of 7/26/2023 to 10/25/2023,

14  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because it

15  results from a continuance granted by the Court at defendant's request on the basis of the Court's

16  finding that the ends of justice served by taking such action outweigh the best interest of the

17  public and the defendants in a speedy trial.

18  4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

19  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20  must commence.

21       IT IS SO STIPULATED.

22

23

24

25

26

27

28

Dated:  July 19, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  July 19, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
RAFAEL GONZALEZ

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 26, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii).

IT IS SO ORDERED.

Dated:  **July 19, 2023**              /s/ *Barbara A. McAuliffe*              _

UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3