1

Marc Days, CA Bar #184098
Days Law Firm

2

1125 T Street
Fresno, California 93721

3

Telephone: (559) 708-4844

4

Attorney for Defendant,
RAFAEL GONZALEZ

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00195-ADA-BAM |

10

| Plaintiff, | **STIPULATION TO MOTION SCHEDULE; ORDER** |

11

12

| v. | |

13

| RAFAEL GONZALEZ, | |

14

| Defendant. | |

15

**STIPULATION**

16

17

1. On October 30, 2023, Defendant will file a motion to suppress.

18

2. Based on Defendant filing a motion to suppress, counsel agree and stipulate that the

19

following motions schedule shall apply as to the motion.

20

a) Opposition to motion shall be filed no later than December 4, 2023.

21

b) Reply shall be filed no later than January 16, 2024.

22

c) The Court will hold a hearing on the motion on January 29, 2024, at 10:00am.

23

///

24

///

25

///

26

///

27

///

28

///

1   **IT IS SO STIPULATED**

2   Dated: October 26, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney
3
                                                 /s/ *Antonio J. Pataca*
4                                                ANTONIO J. PATACA
                                                 Assistant United States Attorney
5

6
    Dated: October 26, 2023                    Marc Days
7                                                Days Law Firm

8                                                */s/ Marc Days*
                                                 MARC DAYS
9                                                Attorney for Defendant
                                                 Rafael Gonzalez
10

11

12

13
    IT IS SO ORDERED.
14
        Dated:    October 27, 2023
15                                               _____
                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28