PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00195-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION MODIFYING BRIEFING SCHEDULE; AND ORDER |
| v. | |
| RAFAEL GONZALEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the following briefing schedule was set:

   a) Opposition to motion shall be filed no later than December 4, 2023.

   b) Reply shall be filed no later than January 16, 2024.

   c) The Court will hold a hearing on the motion on January 29, 2024, at 10:00am.

2. By this stipulation, defendant and the government now move to modify the briefing schedule as follows:

   a) Opposition to motion shall be filed no later than December 18, 2023.

   b) Reply shall be filed no later than January 16, 2024.

   c) The Court will hold a hearing on the motion on January 29, 2024, at 10:00am.

STIPULATION REGARDING BRIEFING SCHEDULE        1

1      IT IS SO STIPULATED.

Dated: December 4, 2023             PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ ANTONIO J. PATACA
                                             ANTONIO J. PATACA
                                             Assistant United States Attorney

Dated: December 4, 2023             /s/ MARC DAYS
                                             MARC DAYS
                                             Counsel for Defendant
                                             RAFAEL GONZALEZ

**ORDER**

The briefing schedule for the motion to suppress in the above-referenced matter is set as follows:

    a)    Opposition to motion shall be filed no later than December 18, 2023.

    b)    Reply shall be filed no later than January 16, 2024.

    c)    The Court will hold a hearing on the motion on **January 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.

IT IS SO ORDERED.

Dated:   **December 4, 2023**            /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE