PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL GONZALEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00195-NODJ-BAM<br><br>STIPULATION VACATING BRIEFING SCHEDULE AND SETTING CHANGE OF PLEA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the following briefing schedule was set:

    a) Opposition to motion shall be filed no later than December 18, 2023.

    b) Reply shall be filed no later than January 16, 2024.

    c) The Court will hold a hearing on the motion on January 29, 2024, at 10:00am.

2. Additionally, this matter was previously set for a status conference on January 10, 2024.

3. By this order, the parties now move to vacate the briefing schedule and the status conference and set a change of plea hearing for January 16, 2024, and to exclude time between January 10, 2024, and January 16, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

1   a) The government has represented that the discovery associated with this case
2   includes wiretap recordings, thousands of pages of investigative reports, video, audio recordings,
3   cell phone extractions, and other voluminous materials.  This discovery has been either produced
4   directly to counsel, made available for inspection and copying, or is being processed for
5   supplemental discovery.
6   b) Counsel for defendant desire additional time to consult with his client, to prepare
7   matters in mitigation, and prepare for the change of plea hearing.
8   c) Counsel for defendants believe that failure to grant the above-requested
9   continuance would deny him/her the reasonable time necessary for effective preparation, taking
10  into account the exercise of due diligence.
11  d) The government does not object to the continuance.
12  e) Based on the above-stated findings, the ends of justice served by continuing the
13  case as requested outweigh the interest of the public and the defendant in a trial within the
14  original date prescribed by the Speedy Trial Act.
15  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16  et seq., within which trial must commence, the time period of January 10, 2024 to January 16,
17  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv)
18  because it results from a continuance granted by the Court at defendant's request on the basis of
19  the Court's finding that the ends of justice served by taking such action outweigh the best interest
20  of the public and the defendants in a speedy trial.
21  5. Nothing in this stipulation and order shall preclude a finding that other provisions of the
22  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
23  must commence.
24  IT IS SO STIPULATED.

STIPULATION REGARDING BRIEFING SCHEDULE            2

Dated:  December 18, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  December 18, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
RAFAEL GONZALEZ

# **ORDER**

IT IS SO ORDERED that the motion briefing scheduling is vacated. The status conference set for January 10, 2024 and motion hearing set for January 29, 2024, are vacated. A change of plea hearing is set for **January 16, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii).

IT IS SO ORDERED.

Dated: __**December 18, 2023**__         /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE